UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIC K. NAYES and KAREN S. NAYES, (Husband and Wife),<br><br>                Plaintiffs,<br><br>  -vs-<br><br>ASSOCIATED CREDIT SERVICES INC.,<br><br>                Defendant. | NO.   CV-05-0033-LRS<br><br>ORDER OF DISMISSAL AND CLOSING FILE |

BEFORE THE COURT is Plaintiffs' notice of dismissal with prejudice and with no petition for costs and fees (Ct. Rec. 3) filed August 10, 2005. Defendants have not answered or moved for summary judgment in this action.  Accordingly,

**IT IS ORDERED** the Complaint be **DISMISSED WITH PREJUDICE** pursuant to Federal Rules of Civil Procedure 41(a)(1) and the file be closed in this matter.

The District Court Executive is directed to file this Order and provide copies to counsel and defendant.

**DATED** this 25th day of August, 2005.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER